B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Michigan

In re   Associated Community Services, Inc.                                   Case No.
                                      Debtor(s)                               Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AT&T<br>c/o Bankruptcy<br>1801 Valley View Lane<br>Dallas, TX 75234 | AT&T<br>c/o Bankruptcy<br>1801 Valley View Lane<br>Dallas, TX 75234<br>1-800-721-8127 | Trade Payable | | 22,167.29 |
| Berger, Ghersi and LaDuke PLC<br>43940 Woodward, Suite 200<br>Bloomfield Hills, MI 48302 | aladuke@bglcpas.com<br>Berger, Ghersi and LaDuke PLC<br>43940 Woodward, Suite 200<br>Bloomfield Hills, MI 48302<br>248-333-3680 | Trade Payable | | 4,889.00 |
| Blue Care Network<br>Blue Cross Blue Shield of Michigan<br>Office of the General Counsel<br>600 E. Lafayette Blvd. - Mail Code 1923<br>Detroit, MI 48226-2998 | Vicky Burnett, Legal Asst.<br>Blue Cross Blue Shield of Michigan<br>Office of the General Counsel<br>600 Lafayette Blvd. - Mail Code 1923<br>Detroit, MI 48226-2998<br>313-225-0649 | Trade Payable | | 29,528.58 |
| Bradshaw, Fowler,Proctor & Fairgrave PC<br>801 Grand Avenue Suite 3700<br>Des Moines, IA 50309-8004 | Bradshaw, Fowler,Proctor & Fairgrave PC<br>801 Grand Avenue Suite 3700<br>Des Moines, IA 50309-8004<br>515-243-4191 | Trade Payable | | 4,364.03 |
| Charter One Credit Card<br>PO Box 9665<br>Providence, RI 02940-9665 | Charter One Credit Card<br>One Citizens Plaza<br>Providence, RI 02903<br>1-877-368-4444 | Trade Payable | | 13,647.88 |
| CMC Telecom, Inc.<br>Department 77114<br>P.O. Box 77000<br>Detroit, MI 48277-0114 | customerservice@cmctel.com<br>CMC Telecom, Inc.<br>51151 W. Pontiac Trail<br>Wixom, MI 48393<br>248-668-2800 | Trade Payable | | 32,011.72 |
| Copilevitz & Canter, LLC<br>310 W 20th, Suite 300<br>Kansas City, MO 64108 | Errol Copilevitz, Esq.<br>Copilevitz & Canter, LLC<br>310 W 20th, Suite 300<br>Kansas City, MO 64108<br>816-472-9000 | Trade Payable | | 49,805.87 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   Associated Community Services, Inc.   Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CW Capital Asset Management<br>c/o Signature Associates<br>PO Box 673428<br>Detroit, MI 48267-3428 | Patricia Matheny<br>CW Capital Asset Management<br>c/o Signature Associates<br>One Towne Square, Ste. 1200<br>Southfield, MI 48076<br>248-359-0648 | Trade Payable | | 809,128.89 |
| First Communications<br>3340 West Market St.<br>Akron, OH 44333 | Legal@firstcomm.com<br>First Communications, LLC<br>Legal & Regulatory Department<br>3340 West Market Street<br>Akron, OH 44333<br>330-835-2459 | Trade Payable | | 141,222.45 |
| First Independence Natl. Bank THC USA<br>P.O. Box 674410<br>Detroit, MI 48267-4410 | First Independence Natl. Bank THC USA<br>44 Michigan Ave.<br>Detroit, MI 48226<br>313-871-2000 | Trade Payable | | 37,432.00 |
| Global Crossing Telecommunications<br>P.O. Box 741276<br>Cincinnati, OH 45274-1276 | Kim Bartlett/<br>bankruptcylegal@level3.com<br>Level 3 Communications<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021<br>720-888-2515 | Trade Payable | Disputed | 1,759,141.91 |
| Insight Investments<br>611 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626 | info@insightinvestments.com<br>Insight Investments<br>611 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626<br>714-939-2300 | Trade Payable | | 5,864.69 |
| Marketing Technologies Group, LLC<br>3432 Momentum Place<br>Chicago, IL 60689-5334 | rwilborn@mtgmediagroup.com<br>Marketing Technologies Group, LLC<br>1415 N Dayton<br>Chicago, IL 60642<br>312-274-2208 | Trade Payable | | 814,008.50 |
| NEP Solutions LLC<br>5642 Rockfield Loop<br>Valrico, FL 33596 | Chris Galen<br>NEP Solutions LLC<br>5642 Rockfield Loop<br>Valrico, FL 33596<br>508-274-0244 | Trade Payable | | 45,877.74 |
| Paetec<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | wci.bankruptcy@windstream.com<br>Windstream Corp. - PAETEC<br>ATTN: Bankruptcy<br>1720 Galleria Blvd.<br>Charlotte, NC 28270<br>877-340-2600 | Trade Payable | | 103,236.68 |
| PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285-6177 | PNC Bank - Records Svs.<br>500 1st Avenue<br>Pittsburgh, PA 15219<br>1-800-642-6323 | Trade Payable | | 39,951.85 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

In re  Associated Community Services, Inc.    Case No.
                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ricoh USA<br>P.O. Box 650016<br>Dallas, TX 75265-0016 | cit-phoenix@ricoh-usa.com<br>Ricoh USA, Inc.<br>1516 W. 17th Street<br>Suite 103<br>Tempe, AZ 85281<br>888-456-6457#1ext.54004 | Trade Payable | | 14,017.72 |
| Ricoh USA, Inc.<br>P.O. Box 802815<br>Chicago, IL 60680-2815 | cit-phoenix@ricoh-usa.com<br>Ricoh USA, Inc.<br>1516 W. 17th Street<br>Suite 103<br>Tempe, AZ 85281<br>888-456-6457#1ext.54004 | Trade Payable | | 28,751.01 |
| Toshiba Financial Services 2<br>P.O. Box 642111<br>Pittsburgh, PA 15264-2111 | customerservice@toshibadirect.com<br>Toshiba America Info. Systems, Inc.<br>9740 Irvine Boulevard<br>Irvine, CA 92618-1697<br>888-652-2279 | Trade Payable | | 14,797.10 |
| Village Plaza Holdings<br>23400 Michigan Ave.<br>Suite 301<br>Dearborn, MI 48124 | Jennifer Bablia<br>Village Plaza Holdings<br>23400 Michigan Ave.<br>Suite 301<br>Dearborn, MI 48124<br>313-845-1300 | Trade Payable | | 232,115.98 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 12, 2014            Signature  /s/ Richard T. Cole
                                           Richard T. Cole
                                           President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.