UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 14-44095

ASSOCIATED COMMUNITY                            In Proceedings Under
SERVICES, INC.,                                 Chapter 11

      Debtor.                              Hon. Phillip J. Shefferly
_____/

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(b)(2) OF DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTION 105, 363 AND 365 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002, 6006 AND 9019(1) APPROVING COMPROMISE AND (2) AUTHORIZING REJECTION OF SUBLICENSE AGREEMENT

**PLEASE TAKE NOTICE** that on the 23rd day of October, 2014, Debtor filed its Motion for an Order Pursuant to Section 105, 363, and 365 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2002, 6006 and 9019(1) Approving Compromise and (2) Authorizing Rejection of Sublicense Agreement (the "Motion"). The Motion is on file for public viewing at the Bankruptcy Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to distribute assets or if you want the court to consider your views on the Motion, pursuant to L.B.R. 9014-1(b)(2), **within 21 days**, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

      If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

You must also mail a copy to:

John J. Stockdale, Jr. Esq.
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully Submitted,

SCHAFER AND WEINER, PLLC

By: /s/ John J. Stockdale, Jr.
JOHN J. STOCKDALE, Jr. (P71561)
Attorneys for Debtor
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jstockdale@schaferandweiner.com

Dated: October 23, 2014