# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 14-44095 |
| ASSOCIATED COMMUNITY SERVICES, INC., | In Proceedings Under Chapter 11 |
| Debtor. _____/ | Hon. Phillip J. Shefferly |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2014, I filed

- Debtor's Motion for an Order Pursuant to Section 105, 363 and 365 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2002, 6006 and 9019(1) Approving Compromise and (2) Authorizing Rejection of Sublicense Agreement (**Docket No. 142**) and

- Notice Pursuant to Local Bankruptcy Rule 9014-1(b)(2) of Debtor's Motion for an Order Pursuant to Section 105, 363 and 365 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2002, 6006 and 9019(1) Approving Compromise and (2) Authorizing Rejection of Sublicense Agreement (**Docket No. 143**);

and a that a copy of same was served upon the parties listed below by email through the Court's ECF system:

Karin F. Avery on behalf of Creditor Onyx 7450, LLC, Silve
Avery@SilvermanMorris.com

Brendan G. Best on behalf of Debtor In Possession Associated Community Services, Inc.
bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Ryan S. Bewersdorf on behalf of Creditor Children's Cancer Recovery Foundation, Inc.
ryan@bewersdorfplc.com

Ryan S. Bewersdorf on behalf of Creditor The Breast Cancer Charities of America, Inc.
ryan@bewersdorfplc.com

Tracy M. Clark on behalf of Creditor Daniel Pepper
clark@steinbergshapiro.com

Mary Beth Cobbs on behalf of Creditor City of Detroit, Treasurer
cobbm@detroitmi.gov, mbcobbs@flash.net

{00540712.1}

14-44095-pjs    Doc 145    Filed 10/23/14    Entered 10/23/14 16:13:59    Page 1 of 6

Scott D. Fink on behalf of Creditor First Communications, LLC
brodellecf@weltman.com

Christopher F. Graham on behalf of Interested Party Noguar, L.C.
cgraham@mckennalong.com, dgordon@mckennalong.com

Christopher F. Graham on behalf of Interested Party Phone Technologies, Inc.
cgraham@mckennalong.com, dgordon@mckennalong.com

Katherine Kakish on behalf of Creditor State of Michigan Department of Treasury
kakishk@michigan.gov

Richardo I. Kilpatrick on behalf of Creditor Oakland County Treasurer
ecf@kaalaw.com, wjackson@KAALaw.com

Leon N. Mayer on behalf of Debtor In Possession Associated Community Services, Inc.
lnmayer@schaferandweiner.com, Christine@schaferandweiner.com

John Polderman on behalf of Attorney Frank R. Simon
jpolderman@simonattys.com, MGuardiola@simonattys.com

John J. Stockdale, Jr. on behalf of Debtor In Possession Associated Community Services, Inc.
jstockdale@schaferandweiner.com,nmack@schaferandweiner.com,
jburns@schaferandweiner.com;nmack@schaferandweiner.com

Marc N. Swanson on behalf of Creditor 29777 Telegraph Road Holdings, LLC
swansonm@millercanfield.com

David A. Wolfe on behalf of Creditor First Communications, LLC
ecfedm@weltman.com


I further certify that a copy of the **Notice only (Docket No. 143)** was served upon the parties listed on the attached matrix by First Class Mail on the same date.

/s/ Janice M. Burns
JANICE M. BURNS
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
JOHN J. STOCKDALE, JR. (P71561)
Counsel for Debtor
jstockdale@schaferandweiner.com

Dated: October 23, 2014

Label Matrix for local noticing
0645-2
Case 14-44095-pjs
Eastern District of Michigan
Detroit
Tue Oct 21 09:50:48 EDT 2014

Associated Community Services, Inc.
29777 Telegraph Rd., Ste. 3000
Southfield, MI 48034-7634

Berger, Ghersi & LaDuke, PLC
43940 Woodward Ave., Ste. 200
Bloomfield Hills, MI 48302-5026

City of Detroit, Treasurer
Income Tax Division
c/o Law Department
2 woodward Ave Suite 500
Detroit, MI 48226-3456

IBM Corporation
275 Viger East
Montreal, QuebecH2X 3R7 Canada

Noble Systems Corporation
Suite 300
1200 Ashwood Parkway
Atlanta, GA 30338-4747

Onyx 7450, LLC Silve
Silverman & Morris, PLLC
30500 Northwestern Hwy
Suite 200
Farmington Hills, MI 48334-3177

State of Michigan Department of Treasury
Cadillac Place
3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202-6030

29777 Telegraph Road Holdings, LLC
c/o Quilling Selander Lownds Winslett Mo
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070
Attn: Linda LaRue

AT&T
c/o Bankruptcy
1801 Valley View Lane
Dallas, TX 75234-8906

Abbott Nicholson
300 River Place, Suite 3000
Detroit, MI 48207-4225

AfterShokz LLC
6311 Fly Rd E.
Syracuse, NY 13057-9346

Attn: Linda LaRue
29777 Telegraph Road Holdings, LLC
c/o Quilling Selander Lownds Winslett &
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

Bankruptcy Administration
GE Information Technology Solutions, Inc
f/d/b/a/ IKON Financial Services
1738 Bass Road, PO Box 13708
Macon GA 31208-3708

Berger, Ghersi and LaDuke PLC
43940 Woodward, Suite 200
Bloomfield Hills, MI 48302-5026

Blue Care Network
Blue Cross Blue Shield of Michigan
Office of the General Counsel
600 E. Lafayette Blvd. - Mail Code 1923
Detroit, MI 48226-2998

Bradshaw, Fowler, Proctor & Fairgrave PC
801 Grand Avenue Suite 3700
Des Moines, IA 50309-2727

CMC Telecom, Inc.
Department 77114
P.O. Box 77000
Detroit, MI 48277-0114

CW Capital Asset Management
c/o Signature Associates
PO Box 673428
Detroit, MI 48267-3428

Central Processing Services, LLC
29777 Telegraph Rd.
Southfield, MI 48034-1303

Charter One Credit Card
PO Box 9665
Providence, RI 02940-9665

Children's Cancer Recovery Foundation,
6380 Flank Dr., Suite 400
Harrisburg, PA 17112-2777

Christopher Minne
20901 Madison
Saint Clair Shores, MI 48081-3387

City of Dearborn
Tax Dept. 3102
P O Box 30516
Lansing, MI 48909-8016

City of Southfield
Irv M. Lowenberg, Treasurer
26000 Evergreen Rd.
P.O. Box 2055
Southfield, MI 48037-2055

Comfort Telecommunications, Inc.
1407 SE 47th Terrace
Cape Coral, FL 33904-9638

Copilevitz & Canter, LLC
310 W 20th, Suite 300
Kansas City, MO 64108-2025

Daniel Pepper
c/o Christine E. Wickman, Esq.
Wickman & Wickman, Attorneys at Law
500 La Terraza Blvd., Ste1 150
Escondido CA 92025-3875

Designer Installation Services, Inc.
12345 Delta Drive
Taylor, MI 48180-6834

Detroit Media Partnership
P.O. Box 773964
3964 Solutions Center
Chicago, IL 60677-3009

| | | |
|---|---|---|
| Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | First Communications<br>3340 West Market St.<br>Akron, OH 44333-3306 | First Independence Natl. Bank THC USA<br>P.O. Box 674410<br>Detroit, MI 48267-4410 |
| GE Capital Information Technology<br> Solutions Inc.<br>fdba Ikon Financial Services<br>GECITS, Attn: Bankruptcy Administration<br>PO Box 13708, Macon GA 31208 | General Electric Capital Corporation<br>10 Riverview Drive<br>Danbury, CT 06810-6268 | General Electric Capital Corporation<br>1010 Thomas Edison Blvd, SW<br>Cedar Rapids, IA 52404-8247 |
| Global Crossing Telecommunications<br>P.O. Box 741276<br>Cincinnati, OH 45274-1276 | Guardian-Appleton<br>P.O. Box 677458<br>Dallas, TX 75267-7458 | HP Products<br>4220 Saguaro Trail<br>Indianapolis, IN 46268-2550 |
| Hireright, Inc.<br>P.O. Box 847891<br>Dallas, TX 75284-7891 | IBM Corporation<br>Attn: Bankruptcy Coordinator<br>Marie Josee Dube<br>274 Viger East, 4th Floor<br>Montreal QC Canada H2X 3R7 | Insight Investments<br>611 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626-7050 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>for the Eastern District of Michigan<br>211 West Fort Street, Ste 2001<br>Detroit, MI 48226-3220 | Kentwood Office Furniture<br>3063 Breton Road<br>Grand Rapids, MI 49512-1747 |
| Kilpatrick & Associates, P.C.<br>c/o Oakland County Treasurer<br>903 North Opdyke Road, Suite C<br>Auburn Hills, Mi 48326-2693 | Kroll Background America, Inc.<br>100 Centerview Drive, Ste. 300<br>Attn: Michele Waddell, Paralegal<br>Nashville, TN 37214-3455 | LEAF Funding, Inc.<br>1845 Walnut Street, Ste. 1000<br>Philadelphia, PA 19103-4733 |
| Level 3 Communications, LLC<br>Attn: Legal Depart. (BKY)<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021-8869 | Locksmith, Inc.<br>29209 Northwestern Hwy.<br>Southfield, MI 48034-5704 | Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, Quebec H2X 3R7<br>Canada |
| Marketing Technologies Group, LLC<br>7800 3rd Street, N., Ste. 900<br>St. Paul, MN 55128-5457 | Michigan Bell Telephone Company<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909-7668<br>517-241-5002 |
| Michigan Department of Treasury<br>Collections<br>P.O. Box 30199<br>Lansing, MI 48909-7699 | Michigan Department of Treasury<br>Office of Collections<br>P.O. Box 30443<br>Lansing, MI 48909-7943 | NEP Solutions LLC<br>5642 Rockfield Loop<br>Valrico, FL 33596-9236 |
| Neopost USA, Inc.<br>25880 Network Place<br>Chicago, IL 60673-1258 | Noguar, L.C.<br>c/o Christopher F. Graham<br>230 Park Avenue, Suite 1700<br>New York, NY 10169-0005 | NorthStar Services<br>30515 Century Drive<br>Wixom, MI 48393-2062 |

| | | |
|---|---|---|
| Oakland County Treasurer<br>1200 N. Telegraph Rd.<br>Pontiac, MI 48341-0479 | Office Depot<br>P.O. Box 633211<br>Cincinnati, OH 45263-3211 | Onyx 7450, LLC<br>c/o Karin F. Avery, Esq.<br>30500 Northwestern Hwy., Ste. 200<br>Farmington Hills, MI 48334-3177 |
| Optimum Data Inc<br>P.O. Box 3665<br>Omaha, NE 68103-0665 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285-6177 |
| Paetec<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | Paradigm Partners<br>1500 South Dairy Ashford<br>Suite 240<br>Houston, TX 77077-3861 | Quality Voice & Data, Inc.<br>808 4th St<br>Aurora, NE 68818-2201 |
| Revolution Signs & Designs, LLC<br>23140 Woodward Ave.<br>Ferndale, MI 48220-1341 | Ricoh USA<br>P.O. Box 650016<br>Dallas, TX 75265-0016 | Ricoh USA Inc<br>Attn: Bankruptcy Team<br>3920 Arkwright Rd. Suite 400<br>Macon GA 31210-1748 |
| Ricoh USA, Inc.<br>P.O. Box 802815<br>Chicago, IL 60680-2815 | Ritt, Tai, Thvedt & Hodges<br>65 N. Raymond Ave., Ste. 320<br>Pasadena, CA 91103-3978 | Rose Cellar Florist<br>58316 Main Street<br>New Haven, MI 48048-2670 |
| Scott's Cleaning Company<br>P.O. Box 441141<br>Detroit, MI 48244-1141 | Staples Advantage<br>Dept. DET<br>P.O. Box 83689<br>Chicago, IL 60696-3689 | State of Michigan<br>Unemployment Insurance Agency<br>Tax Office<br>P.O. Box 8068<br>Royal Oak, MI 48068-8068 |
| State of Michigan<br>Unemployment Insurance Agency<br>Tax Office, POC Unit, Ste 12-650<br>3024 W. Grand Blvd<br>Detroit MI 48202-6024 | Talmer Bank<br>2301 W. Big Beaver Rd., Ste. 525<br>Troy, MI 48084-3320 | The Breast Cancer Charities of America, Inc.<br>8505 Technology Forest Place, Suite 604<br>The Woodlands, TX 77381-1206 |
| Thomas Boes<br>Bradshaw, Fowler, et al<br>Des Moines IA 50503 | Toshiba Financial Services 2<br>P.O. Box 642111<br>Pittsburgh, PA 15264-2111 | United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| United Telephone Communications Systems<br>Attn: Terry George<br>P.O. Box 428<br>Pinckney, MI 48169-0428 | Village Plaza Holdings<br>23400 Michigan Ave.<br>Suite 301<br>Dearborn, MI 48124-1915 | Webbank<br>215 South State Street, Ste. 800<br>Salt Lake City, UT 84111-2339 |
| Brendan G. Best<br>40950 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304-5124 | Daniel Pepper<br>c/o Tracy M. Clark, Esq.<br>Steinberg Shapiro & Clark<br>25925 Telegraph Rd., Suite 203<br>Southfield, MI 48033-2527 | Frank R. Simon<br>SIMON PLC<br>37000 Woodward Ave.<br>Suite 250<br>Bloomfield Hills, MI 48304-0942 |

| | | |
|---|---|---|
| John J. Stockdale Jr.<br>40950 Woodward<br>Suite 100<br>Bloomfield Hills, MI 48304-5124 | Leon N. Mayer<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304-5124 | Thomas M. Boes<br>Bradshaw, Fowler, Proctor & Fairgrave, PC<br>801 Grand Avenue<br>Ste 3700<br>Des Moines, IA 50309-2727 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)29777 Telegraph Road Holdings, LLC | (u)Children's Cancer Recovery Foundation, | (u)Franklin Advisors, LLC |
| (u)Noguar, L.C. | (u)Oakland County Treasurer | (u)Phone Technologies, Inc. |
| (u)Pierce, Farrell, Tafelski & Wells, PLC | (u)The Breast Cancer Charities of America, In | (d)City of Detroit, Treasurer<br>Income Tax Division<br>c/o Law Department<br>2 Woodward Ave, Ste. 500<br>Detroit, MI 48226-3456 |
| (u)First Communications, LLC | (d)Noble Systems Corporation<br>Suite 300<br>1200 Ashwood Parkway<br>Atlanta GA 30338-4747 | End of Label Matrix<br>Mailable recipients  92<br>Bypassed recipients  11<br>Total  103 |