UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                              Chapter 11

Associated Community Services, Inc.,                Case No. 14-44095

    Debtor.                                         Hon. Phillip J. Shefferly
_____/

### ORDER SUSTAINING IN PART DEBTOR'S OBJECTION TO DANIEL PEPPER'S PROOF OF CLAIM

On October 30, 2014, the Court issued an Opinion Sustaining in Part Debtor's Objection to Daniel Pepper's Proof of Claim ("Opinion") (ECF No. 152). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Debtor's objection to proof of claim no. 19 filed by Daniel Pepper is sustained in part as follows: the proof of claim is disallowed to the extent it is filed as a class claim or, in other words, to the extent that it is filed on behalf of anyone other than Daniel Pepper.

**IT IS FURTHER ORDERED** that Daniel Pepper shall have until **November 17, 2014** to amend proof of claim no. 19 to reflect only his individual claim against the Debtor.

**IT IS FURTHER ORDERED** that the Court will conduct a status conference on **December 5, 2014 at 11:00 a.m.**, before the Honorable Phillip J. Shefferly, in Courtroom 1975, 211 West Fort Street, Detroit, Michigan 48226, to determine the

scheduling of an evidentiary hearing and any other further proceedings relating to the Debtor's objection to Daniel Pepper's proof of claim.

.

**Signed on October 30, 2014**

                                            **/s/ Phillip J. Shefferly**
                                            **Phillip J. Shefferly**
                                            **United States Bankruptcy Judge**

- 2 -

14-44095-pjs   Doc 153   Filed 10/30/14   Entered 10/31/14 06:37:05   Page 2 of 2